**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6014**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

COURTNEY OMAR BOYD, a/k/a Omar,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Mark S. Davis, District Judge. (4:06-cr-00005-MSD-FBS-3)

Submitted: May 18, 2016            Decided: May 23, 2016

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Courtney Omar Boyd, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Omar Boyd appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion to reduce his sentence. Our review of the record reveals that the district court did not err in denying Boyd's motion. Accordingly, we affirm the district court's order. United States v. Boyd, No. 4:06-cr-00005-MSD-FBS-3 (E.D. Va. Dec. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED